IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BROWN & TIFFANY NIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN AIRLINES, INC. | : | NO. 23-2001 |

## ORDER

**AND NOW**, this 23rd day of January, 2024, upon consideration of Plaintiffs' Motion to Remand (Docket No. 9) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion to Remand is **DENIED.**

2. Plaintiffs shall respond to Defendant's Motion to Dismiss no later than February 6, 2024.

3. Plaintiffs' Motion to Strike (Docket No. 19) is **DISMISSED** as moot.[1]

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.

---

[1] Plaintiffs ask the Court to strike a letter filed by Defendant (Docket No. 18) in connection with the Motion to Remand. Because the Court did not rely on this letter and the Motion to Remand has now been resolved, the Motion to Strike is moot.