IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BROWN & TIFFANY NIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN AIRLINES, INC. | : | NO. 23-2001 |

## ORDER

**AND NOW**, this 15th day of March, 2024, upon consideration of Defendant's Motion to Dismiss and Strike (Docket No. 4), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.  Defendant's Motion to Dismiss is **GRANTED** in part and **DENIED** in part. The Motion is **GRANTED** with respect to Count II of the Complaint and this claim is **DISMISSED WITH PREJUDICE**. The Motion is also **GRANTED** with respect to Counts I, III, IV, and VI of the Complaint and these claims are **DISMISSED WITHOUT PREJUDICE**. The Motion is **DENIED** in all other respects.

2.  Plaintiffs shall file any amended complaint no later than April 15, 2024.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.