IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BROWN & TIFFANY NIXON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN AIRLINES, INC. | : | NO. 23-2001 |

# ORDER

**AND NOW**, this 12th day of August, 2024, upon consideration of Defendant's Motion to Dismiss (Docket No. 28), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **GRANTED** in part and **DENIED** in part.  The Motion is **GRANTED** with respect to Counts II and V of the Amended Complaint and these claims are **DISMISSED WITH PREJUDICE**.  The Motion is also **GRANTED** with respect to Count VII of the Amended Complaint and this claim is **DISMISSED WITHOUT PREJUDICE**.  The Motion is **DENIED** in all other respects.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.